# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| BRITNEY HALVERSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC. dba XTC CABARET,<br><br>　　　　Defendant. | Civil Action No. 3:21-cv-00565-N |

## PLAINTIFF BRITNEY HALVERSON'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

TO THE COURT:

Attached is Plaintiff's acceptance of Defendant's Offer of Judgment.

Date: July 9, 2021　　　　　　　　　LAW OFFICE OF ROBERT STARR

　　　　　　　　　　　　　　　　　　/s/ Adam Rose
　　　　　　　　　　　　　　　　　　Law Office of Robert Starr
　　　　　　　　　　　　　　　　　　23901 Calabasas Rd., #2072
　　　　　　　　　　　　　　　　　　Calabasas, CA 91302
　　　　　　　　　　　　　　　　　　(818) 225-9040
　　　　　　　　　　　　　　　　　　adam@starrlaw.com

　　　　　　　　　　　　　　　　　　-and

Abbas Kazerounian
Kazerouni Law Group
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
800-400-6808
ak@kazlg.com

Ramona Ladwig
Kazerouni Law Group
1910 Pacific Ave., Suite 14155
Dallas, TX 75201
(214) 880-6362
ramona@kazlg.com

*Attorneys for Plaintiff*
*Britney Halverson*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of acceptance of offer of judgment was served on July 9, 2021, on the following parties of record:

Benjamin Allen
Casey Wallace
Wallace & Allen
440 Louisiana, #1500
Houston, TX 77002
(612) 877-5000
Email: ballen@wallaceallen.com
Email: cwallace@wallaceallen.com

*Attorneys for Defendant*
*RCI Hospitality Holdings, Inc.*

/s/ Adam Rose